Fee Paid

AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

Mark Schulman
336 Bon Air Center
sw#239
Greenbrae, Ca. 94904
415 874 5683

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
CLERK, U.S. DISTRICT COURT
4/5/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS    DEPUTY

| ALERDING CASTOR HEWITT LLP, | ) | MC23-42 |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:16-cv-2453-JPH-MJD |
| PAUL FLETCHER, CAROLE WOCKNER | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___09/16/2021___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: ___04/04/2023___

*Roger A. G. Sharpe*
CLERK OF COURT   **CLERK**

*Dan Haley, deputy clerk*
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALERDING CASTOR HEWITT LLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:16-cv-02453-JPH-MJD |
| | ) |
| PAUL FLETCHER, | ) |
| CAROLE WOCKNER, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff, Alerding Castor Hewitt LLP, and against Defendants, Paul Fletcher and Carole Wockner, in the amount of $67,423.24, with an additional award of $27,623.82 in prejudgment interest.

Date: 9/16/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: *Pam Pope*
Deputy Clerk, U.S. District Court

Distribution:

PAUL FLETCHER
1203 E. Cota Street
Santa Barbara, CA 93103

CAROLE WOCKNER
1203 E. Cota Street
Santa Barbara, CA 93103

Michael J. Alerding
ALERDING CASTOR LLP
malerding@alerdingcastor.com

Michael E. Brown
KIGHTLINGER & GRAY, LLP (Indianapolis)
mbrown@k-glaw.com

Abraham Murphy
murphy@abrahammurphy.com

UNITED STATES DISTRICT COURT
Southern District of Indiana
I, the undersigned Clerk of the
Court, do hereby certify that
this is a true, correct and full copy
of the original Final Judgment
on file in my custody.
Cause No. 1:16-cv-2453-JPH-MJD
Dated April 4, 2023
Roger A.G. Sharpe, Clerk
by _____, Deputy Clerk
two (2) # of pages (text)
_____ # of pages (exhibits)